IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-60669-CIV-MARRA/SELTZER

STEVEN CASDEN, an individual,

        Plaintiff,

v.

JBC LEGAL GROUP, P.C., a suspended
California professional corporation,

        Defendant.
_____/



## DECLARATION OF ROBERT W. MURPHY IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF COSTS AND ATTORNEY FEES

I, Robert W. Murphy, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

1. I am a member in good standing of the bars of the following courts:

    Florida - Admitted October 3, 1987
    Georgia - Admitted November 8, 1991
    Middle District of Florida - Admitted March 16, 1990
    United States Court of Appeals for the 11th Circuit - 1994
    United States District Court, Southern District of Florida - April 18, 1997

2. I am a 1987 graduate of the University of Florida College of Law.

3. From August, 1987 through January, 1988, I was employed at Gary, Dytrych and Ryan, P.A., North Palm Beach, Florida as a litigation associate. From January 1987 through February, 1990, I was employed as a litigation associate at Farish, Farish & Romani, P.A. in West Palm Beach, Florida. From February, 1990 through November, 1993, I was employed as a litigation associate at Brant, Moore, Sapp, MacDonald & Wells, P.A. in Jacksonville, Florida.



From November, 1993 through May, 1997, I was a sole practitioner in Jacksonville, Florida. From May, 1997 to the present, I have been a sole practitioner in Fort Lauderdale, Florida.

4. From 1993 to the present, my practice has focused on the representation of individuals in consumer matters.

5. In July, 2001, I was appointed to the Florida Bar Consumer Protection Law Committee and was appointed Chairman of the Committee in April, 2004. I previously served on the Florida Bar Bankruptcy and U.C.C. Committee from 1998 to 2000.

6. I have been an active member in the National Association of Consumer Advocates since November, 1999 and regularly attend conferences and seminars sponsored by said organization.

7. I have lectured to professional groups on commercial and consumer law issues, including the following:

> Florida Bar Association
> Speaker, "Ethical Issues in Consumer Litigation"
> June, 2003
>
> Broward County Bar Association
> Speaker, Commercial Law Section Seminar, "Proceedings Supplementary"
> April, 1998
>
> North Broward Bar Association
> Speaker, Luncheon Seminar, "Consumer Bankruptcy Reform Proposals"
> May, 1998
>
> Jacksonville Bar Association
> Speaker, Commercial Litigation Seminar, "Alternative Judgment Enforcement Methods"
> October, 1991

8. I have been involved in numerous consumer cases involving violations of the federal and state fair consumer protection laws in both state and federal court, including the

following published decisions: Cannon v. Metro Ford, 242 F. Supp. 2nd 1322 (S.D. Fla. 2002) [auto fraud/truth in lending]; Brown v. SCI Funeral Services of Florida, Inc., 212 F.R.D. 602 (S.D. Fla. 2003) [class action certification of 9,000 members/truth in lending class action]; Martinez v. Rick Case Cars, 278 F. Supp. 2nd 1371 (S.D. Fla. 2003) [auto fraud/truth in lending]; Hobbs v. BH Cars, Inc., 2004 WL 124283 (S.D. Fla. 2004) [odometer fraud].

9. I am the attorney for plaintiff, Steven Casden, in the above captioned action. I have expended a total of 12.5 hours in this matter. My contemporaneously kept records reflecting services rendered in this litigation are attached hereto as Exhibit A.

10. The hourly rate for my services is $325.00 per hour.

11. The lodestar calculation of attorney's fees for my time expended is (12.5 hours x $325.00/hour) $4,062.50.

12. Costs and litigation expenses in the amount of $233.21 (attached hereto as Exhibit A) were incurred by my law firm in this matter.

13. These requested attorney's fees and costs were reasonable and necessary to litigation in this matter.

Executed at Fort Lauderdale, Florida, on August 13th, 2004.

ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660
(954) 763-8607 fax

## CERTIFICATE OF SERVICE

I, Robert W. Murphy, do hereby certify that on August 13, 2004 a copy of the foregoing document was sent by first class U.S. Mail to Dale T. Golden, Esquire, Marshall, Dennehey, Warner, Coleman & Goggin, 100 N. Tampa Street, Suite 3550, Tampa, FL 33602.

_____
Attorney

Case 0:04-cv-60669-KAM   Document 13   Entered on FLSD Docket 08/17/2004   Page 5 of 6

| Date Entry# | Received From/Paid To Explanation | Che# Rcpt# | Rcpts | General Disbs | Fees | Bld Inv# Acc | Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 152 | - Casden, Steven | | | | | | | | |
| 1600-152 | Casden, Steven v. JBC Legal Group (Consumer- FDCPA) | | | | | | | | |
| May 5/2004 1939 | Lawyer: RWM  0.40 Hrs X 0.00 Telephone call with client re. representation in potential FDCPA matter | | | | 0.00 | | | | |
| May 5/2004 1940 | Lawyer: RWM  0.20 Hrs X 0.00 Review telefax from client re. dunning letter; telephone call with client re. supra | | | | 0.00 | | | | |
| May 5/2004 1944 | Lawyer: RWM  0.80 Hrs X 0.00 Organize file; prepare letter to client re. representation | | | | 0.00 | | | | |
| May 5/2004 1945 | Lawyer: RWM  1.30 Hrs X 0.00 Factual investigation- review public records re. prior litigation against debt collector (PACER/ Broward County Clerk of Courts) | | | | 0.00 | | | | |
| May 5/2004 1946 | Lawyer: RWM  0.30 Hrs X 0.00 Telephone call with Larry Katz, Esq. (NY Class action attorney) re. his class action against debt collector | | | | 0.00 | | | | |
| May 5/2004 1947 | Lawyer: RWM  0.20 Hrs X 0.00 Discussion with Rand Bragg, Esq. (Chicago class action attorney ) re. his class action against debt collector | | | | 0.00 | | | | |
| May 6/2004 1948 | Lawyer: RWM  0.30 Hrs X 0.00 Review telefax from client re. second dunning letter; telephonce call to client re. supra | | | | 0.00 | | | | |
| May 11/2004 2043 | Lawyer: RWM  2.30 Hrs X 0.00 Prepare draft complaint for damages | | | | 0.00 | | | | |
| May 11/2004 2044 | Lawyer: RWM  0.20 Hrs X 0.00 Telephone call with client re. drafting of complaint | | | | 0.00 | | | | |
| May 12/2004 2053 | Lawyer: RWM  0.60 Hrs X 0.00 Edit/ revise complaint | | | | 0.00 | | | | |
| May 12/2004 2054 | Lawyer: RWM  1.10 Hrs X 0.00 Research: issue re. whether failure to exercise validation rights can be taken as an admission of liability under  15 USC Section 1692 g (c) | | | | 0.00 | | | | |
| May 12/2004 2055 | Lawyer: RWM  0.70 Hrs X 0.00 Research: issue re. requirement that debt collector disclose name of creditor in the validation notice under 15 USC Section 1692g  (a) (2) | | | | 0.00 | | | | |
| May 14/2004 2072 | Lawyer: RWM  0.30 Hrs X 0.00 Telephone call with client re. case status and filing of lawsuit | | | | 0.00 | | | | |
| May 24/2004 2286 | Lawyer: RWM  0.20 Hrs X 0.00 Prepare letter to client re. filing of complaint | | | | 0.00 | | | | |
| May 24/2004 2291 | Lawyer: RWM  0.10 Hrs X 0.00 Prepare letter to process server | | | | 0.00 | | | | |
| May 24/2004 3729 | Expense Recovery US District Court- Filing fee | 00047 | | 150.00 | | | | | |
| May 24/2004 3730 | Expense Recovery Keating & Walker- Service of Process fee | 00047 | | 65.00 | | | | | |
| May 24/2004 3731 | Expense Recovery Photocopying | 00047 | | 15.25 | | | | | |
| May 24/2004 3732 | Expense Recovery Postage | 00047 | | 2.96 | | | | | |
| Jun 10/2004 2565 | Lawyer: RWM  0.20 Hrs X 0.00 Review and calendar return of service | | | | 0.00 | | | | |
| Jun 14/2004 2668 | Lawyer: RWM  0.30 Hrs X 0.00 Telephone call with Karen Wachs, Esq. re settlement offer; prepare letter to client re supra | | | | 0.00 | | | | |
| Jun 14/2004 2669 | Lawyer: RWM  0.10 Hrs X 0.00 Telephone call to client residence | | | | 0.00 | | | | |
| Jun 14/2004 2670 | Lawyer: RWM  0.30 Hrs X 0.00 Telephone call to client re settlement | | | | 0.00 | | | | |
| Jun 14/2004 | Lawyer: RWM  0.20 Hrs X 0.00 | | | | 0.00 | | | | |

EXHIBIT "A"

Client Ledger
ALL DATES

| Date Entry# | Received From/Paid To Explanation | Che# Rcpt# | General Rcpts | Disbs | Fees | Bld Inv# | Acc | Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2671 Prepare letter to client re settlement offer | | | | | | | | | |
| Jul 4/2004 | Lawyer: RWM 0.10 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 2745 Review correspondence from Karen Wachs, Esq. re extension of time | | | | | | | | | |
| Jul 8/2004 | Lawyer: RWM 0.10 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 2858 Telephone call from client re case status | | | | | | | | | |
| Jul 20/2004 | Lawyer: RWM 0.30 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3389 Telephone call with Karen Wachs, Esq. office; prepare letter to supra re settlement | | | | | | | | | |
| Jul 20/2004 | Lawyer: RWM 0.20 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3394 Telephone call with Karen Wachs, Esq. re settlement | | | | | | | | | |
| Jul 22/2004 | Lawyer: RWM 0.40 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3435 Telephone call with opposing counsel re settlement | | | | | | | | | |
| Jul 27/2004 | Lawyer: RWM 0.30 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3472 Review coorespondence from Dale Golden, Esq. re request for extension; telephone conference with supra | | | | | | | | | |
| Aug 2/2004 | Lawyer: RWM 0.20 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3564 Review offer of judgment/motion for extension of time; calendar response date; prepare letter to client | | | | | | | | | |
| Aug 5/2004 | Lawyer: RWM 0.50 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3642 Prepare acceptance of offer of settlement/notice of filig/draft final judgment | | | | | | | | | |
| Aug 5/2004 | Lawyer: RWM 0.10 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3643 Telephone call with Clerk's office re filing of judgment upon acceptance of offer of judgment | | | | | | | | | |
| Aug 9/2004 | Lawyer: RWM 0.10 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3671 Review answer and affirmative defenses | | | | | | | | | |
| Aug 10/2004 | Lawyer: RWM 0.10 Hrs X 0.00 | | | | 0.00 | | | | | |
| | 3696 Review judgment for plaintiff | | | | | | | | | |

| | |——— UNBILLED ———| | | |——— BILLED ———| | | |— BALANCES —| |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE+ | RECOV | FEES+ | = TOTAL | DISBS + | FEES + | TAX - | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 233.21 | 0.00 | 233.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END DATE | 0.00 | 233.21 | 0.00 | 233.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |——— UNBILLED ———| | | |——— BILLED ———| | | |— BALANCES —| |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTALS | CHE+ | RECOV | FEES+ | = TOTAL | DISBS + | FEES + | TAX - | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 233.21 | 0.00 | 233.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END DATE | 0.00 | 233.21 | 0.00 | 233.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

REPORT SELECTIONS

| | | | |
|---|---|---|---|
| Report: | Client Ledger | | |
| Requested By: | ADMIN | | |
| Finished: | Thursday, August 12, 2004 at 04:43:01 PM | | |
| Date Range: | ALL DATES | | |
| Matters: | 1600-152 | | |
| Clients: | All | | |
| Major Clients: | All | Firm Totals Only: | No |
| Responsible Lawyer: | All | Entries Shown - Billed Only: | No |
| Introducing Lawyer: | All | Entries Shown - Disbursements: | Yes |
| Assigned Lawyer: | All | Entries Shown - Receipts: | Yes |
| Type of Law: | All | Entries Shown - Trust: | Yes |
| Sort by Resp Lawyer: | No | Entries Shown - Time or Fees: | Yes |
| New Page for Each Lawyer: | No | Working Lawyer: | No |
| New Page for Each Matter: | No | Incl. Matters with Retainer Bal: | No |
| Totals Only: | No | Incl. Matters with Neg Unbld Disb: | No |
| No Activity Date: | Dec 31/2199 | Trust Account: | All |
| Ver: | 4.16.20000626 | | |